UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DELCEO RAFAEL RAMOS,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.
---------------------------------------------------------------X

JUDGMENT
03-CR- 0102 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 25, 2006, dismissing petitioner's motion for immediate deportation and a downward departure; and directing the Clerk of the Court to enter judgment accordingly; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered dismissing petitioner's motion for immediate deportation and a downward departure.

Dated: Brooklyn, New York
       January 25, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court